IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,

    Plaintiff,

vs.

PHILIP R. GREEN, GREEN & GREEN LAW FIRM, DOES 1-X,

    Defendants

Case No.: C065025 BZ

MAY 29 P 12: 39

FILED

MAY 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ ORIGINAL

**ORDER**

This matter coming before the Court pursuant to Plaintiff Gloria Grening Wolk's

Request for Telephonic Hearing,

*Plaintiff should call the court at 4pm*

IT IS SO ORDERED.

Dated: _30 May_ ,2007

Honorable Benjaman Zuckerman
U.S.D.C. MAGISTRATE JUDGE

Copies Mailed to
Parties of Record

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WOLK et al,

                Plaintiff,

v.

GREEN et al,

                Defendant.

                             /

Case Number: CV06-05025 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gloria Grening Wolk
4558-B Capital Blvd., #168
Raleigh, NC 27604

Summer Michelle Smith
Murphy, Pearson, Bradley & Feeney
88 Kearny Street, 10th Floor
San Francisco, CA 94108

Timothy J. Halloran
Murphy Pearson Bradley & Feeney
88 Kearny Street   10th Floor
San Francisco, CA 94108-5530

Dated: May 30, 2007

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk