UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 06-5025 BZ |
| | ) | |
| v. | ) | **ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT AND TO FILE A SURREPLY, AND ALLOWING DEFENDANT TO RENOTICE AND SUPPLEMENT HIS MOTION TO DISMISS** |
| PHILIP R. GREEN, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Before me is defendant Philip R. Green's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) [Docket No. 11].[1]  Several related motions remain pending, including plaintiff's motion for leave to file an amended complaint [Docket No. 18] and plaintiff's motion for leave to file a surreply to defendant's reply [Docket No. 29].  Citing procedural irregularities, defendant objected to the Court granting plaintiff leave to file her amended

---

[1] This case was reassigned to me by Order dated April 27, 2007 after the parties consented to magistrate judge jurisdiction.

1

1  complaint [Docket No. 25], but did not object to plaintiff's
2  request to file a surreply.  At a case management conference
3  held on June 4, 2007, plaintiff stated her desire to file
4  another amended complaint.

5       Having heard no opposition to plaintiff's motion for
6  leave to file her surreply, that motion is **GRANTED**.  The
7  surreply received by the Court on February 27, 2007 is deemed
8  filed.  Given defendant's objection to plaintiff's initial
9  motion for leave to file an amended complaint, and given that
10 defendant was never given an opportunity to respond to that
11 complaint, that motion is **DENIED**.

12      The policy of granting leave to amend, however, is "to be
13 applied with extreme liberality."  <u>Province of Holy Name, Inc.</u>
14 <u>v. CNA Cas. of Cal.</u>, 2007 WL 1381516, at *2 (N.D. Cal.)
15 (citing <u>Owens v. Kaiser Foundation Health Plan, Inc.</u>, 244 F.3d
16 708, 712 (9th Cir. 2001)).  Plaintiff stated at the hearing
17 that she desired to file another amended complaint.[2]  I treat
18 her statements on the record as a motion for leave to file an
19 amended complaint, and hereby **GRANT** the motion.  Plaintiff
20 will file and serve on defendant her amended complaint by no
21 later than **Friday, June 22, 2007**.  If defendant wishes to
22 pursue his motion to dismiss, he may re-notice and supplement

---

[2]   Plaintiff explained that she wished to remove a second defendant that she added in her initial amended complaint.  Although such a step is rendered unnecessary by my decision to deny her original motion, a comparison of the complaint and first amended complaint shows that plaintiff added additional facts and clarified her allegations.  Thus, insofar as the amendment may cure infirmities in plaintiff's initial complaint, granting plaintiff leave to file an amended complaint is appropriate.

2

his motion by **Friday, July 6, 2007**.  The supplement will not exceed ten pages in length.  The motion to dismiss the amended complaint will at that point will be deemed submitted.

Dated: June 6, 2007

                                            Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORD.LEAVE.FILE.AMENDED.COMP.wpd