UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | **BRIEFING ORDER** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

Having received and reviewed defendant's supplemented and re-noticed motion to dismiss plaintiff's second amended complaint, **IT IS ORDERED** that should plaintiff wish to file a supplemental opposition to defendant's supplemented motion to dismiss, she may do so by **Friday, August 3, 2007**. Plaintiff's supplemented opposition will not exceed fourteen pages in length. The motion will thereafter be deemed submitted.

Dated: July 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\BRIEFING ORDER.wpd

1