UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | **ORDER GRANTING LEAVE TO FILE REPLY AND SURREPLY** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

    By Order dated July 13, 2007, I granted plaintiff permission to file a supplemental opposition to defendant's supplemented and re-noticed motion to dismiss. The motion was thereafter to be deemed submitted. On July 30, 2007, defendant filed a reply without seeking leave of the Court to do so. On August 8, 2007, plaintiff filed a motion seeking leave to file a surreply and lodged the same.

    In light of the filings, and good cause appearing, I **GRANT** plaintiff's motion and will consider both defendant's reply and plaintiff's surreply. There will be no more briefing of this motion without the prior order of this Court, and defendant is admonished that any future failure to follow

1

1 | this Court's orders and all pertinent federal and Civil Local
2 | Rules may lead to sanctions.
3 | Dated:  August 8, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER GRANT LEAVE FILE REPLIES.wpd