1  Gloria Grening Wolk, MSW
2  4558-B Capital Blvd. #168
   Raleigh, N.C. 27604
3  Ph:  919-875-8627 Fax: 815-572-9707
   E-mail ggwolk@Viatical-Expert.net
4  Plaintiff in Pro Per
5
6
7
8                    U.S. DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10
11  GLORIA GRENING WOLK,              Case No.: C065025 BZ
12       Plaintiff,                   **REQUEST FOR TELEPHONIC HEARING**
13       vs.
                                      Date:  September 5, 2007
14  PHILIP R. GREEN, GREEN & GREEN LAW
15  FIRM, DOES 1-X,                   Time: 10:00 am
16       Defendants                   Location: Crtrm. G, 15th Flr.
17
18

19       Plaintiff in the above-entitled matter respectfully requests the Court to allow her
20  to participate by telephone.
21
         The Plaintiff now resides in North Carolina. It would be prohibitively expensive as
22
23  well as inconvenient for her to travel to California. Since she was forced to relocate to a
24  less expensive state by the acts and omissions of the Defendant, she needs to set
25  aside funds for deposing the Defendant, the settlement conference, and the trial.
26

CO65025 BZ          Request for Telephonic Hearing

1 2   Unless otherwise instructed, if this motion is granted the Plaintiff agrees to arrange for the conference call so that all parties are able to participate.

3   Respectfully submitted,

4 August 6, 2007

6   /s/_____
   Gloria Grening Wolk, Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,

    Plaintiff,

    vs.

PHILIP R. GREEN, GREEN & GREEN LAW FIRM, DOES 1-X,

    Defendants

Case No.: C065025 BZ

**ORDER**

This matter coming before the Court pursuant to Plaintiff Gloria Grening Wolk's Request for Telephonic Hearing,

    IT IS SO ORDERED.

Dated: ___August 8th_____,2007

_____
Honorable Benjamin Zuckerman
U.S.D.C. MAGISTRATE JUDGE

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman)

CO65025 BZ        Request for Telephonic Hearing

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007 I electronically filed

REQUEST FOR TELEPHONIC HEARING with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Summer M. Smith

ssmith@mpbf.com

Timothy J. Halloran

thalloran@mpbf.com

Murphy, Pearson, Bradley & Feeney

88 Kearny St., 10th Flr.

San Francisco, CA 94108

Attorneys for Philip R. Green

/s/ Gloria Grening Wolk, Plaintiff Pro Se