UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,             )<br>                                  )<br>        Plaintiff(s),            )<br>                                  )<br>    v.                            )<br>                                  )<br>PHILIP R. GREEN,                  )<br>                                  )<br>        Defendant(s).             )<br>                                  )<br>                                  )<br>_____)   | No. C06-5025 BZ<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Having read plaintiff's letter of August 1, 2007, **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery dispute in a letter of not more than two pages to be served and filed by **12:00 p.m. on Friday, August 10, 2007.  IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Monday, August 13, 2007 @ 3:00 p.m.,** to discuss the discovery dispute currently at issue.  Plaintiff shall contact counsel for defendant and call chambers at **(415) 522-4093.**

Dated: August 8, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\CLKS.NOTICE.RE.DISC.CONF.wpd

1