UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,            )<br>                                 )<br>          Plaintiff(s),         )<br>                                 )<br>     v.                          )<br>                                 )<br> PHILIP R. GREEN,                )<br>                                 )<br>          Defendant(s).         )<br>_____) | No. C06-5025 BZ<br><br>**SECOND DISCOVERY ORDER** |

On August 13, 2007 the court had a telephone conference to discuss the parties current discovery disputes. Plaintiff Wolk appeared pro se; defendant Green was represented by Summer Smith. The parties are **ORDERED** to make one further effort to meet and confer to try to resolve their outstanding disputes, having in mind the views expressed by the court. If they are unsuccessful, plaintiff is granted leave to file an appropriate discovery motion in conformance with the Local Rules of Court and the Federal Rules of Civil Procedure.

Dated: August 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\DISC2.ORDER.wpd

1