UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,            )
                                )
        Plaintiff(s),          )    No. C06-5025 BZ
                                )
   v.                           )    **BRIEFING ORDER**
                                )
PHILIP R. GREEN,                )
                                )
        Defendant(s).          )
_____)

     Construing plaintiff's August 27, 2007 "Motion to Alter or Amend Under F.R.C.P. 59(e)" as a motion for reconsideration filed pursuant to Civil Local Rule 7-9, **IT IS ORDERED** that defendant shall file a response not exceeding five (5) pages by **Friday, August 31, 2007**.  Plaintiff's motion will at that point be deemed submitted.

Dated:  August 27, 2007

                                             Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\BRIEF ORDER MOT RECONSIDER.wpd

1