UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK, ) <br> ) <br>       Plaintiff(s), ) <br> ) <br>   v. ) <br> ) <br> PHILIP R. GREEN, ) <br> ) <br>       Defendant(s). ) | No. C06-5025 BZ <br><br> **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

    Having received defendant's September 10, 2007 motion to compel deposition testimony and request for telephonic conference, **IT IS ORDERED** that a telephonic discovery conference is scheduled for **Thursday, September 20, 2007 at 2:00 p.m.** Counsel for defendant shall initiate the call and get plaintiff on the line and call chambers at **415-522-4093**. **IT IS FURTHER ORDERED** that, by **noon Wednesday, September 19, 2007**, plaintiff shall file with the Court her two-page response to the discovery dispute raised in

///

///

///

1

1 | defendant's motion.
2 | Dated:   September 12, 2007
3 | _____
4 | Bernard Zimmerman
  | United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\Ord Sch Teleph Conf.wpd