Timothy J. Halloran - 104498
Summer M. Smith - 214251
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
PHILIP R. GREEN AND THE LAW OFFICES OF GREEN & GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF USDC CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP R. GREEN,<br><br>Defendants. | Case No.: 4:06-cv-05025-BZ<br><br>STIPULATION TO MOVE DATE OF TELEPHONIC HEARING FROM AUGUST 20, 2007 TO AUGUST 27, 2007 |

The parties and/or through their counsel hereby stipulate to continue the telephonic hearing which was scheduled by the Court to occur on September 20, 2007 at 2:00 p.m. to September 27, 2007 at 2:00 p.m. It is further agreed that this agreement may be signed in counterpart.

IT IS SO STIPULATED

Dated:

By _____
Summer M. Smith
Attorneys for Defendant
PHILIP R. GREEN AND THE LAW OFFICES OF GREEN & GREEN

- 1 -

Stipulation To Move Date Of Telephonic Hearing From August 20, 2007 To August 27, 2007

1 | Dated: 9/18/07
2
3
4 | By _____
  | Gloria Wolk, Plaintiff in pro per
5
6
7 | IT IS SO ORDERED
8 | Dated: 9/19/2007
9
10 | By _____
11 | Judge Bernard Zimmerman
12 | SMS.10387977.doc

- 2 -
Stipulation To Move Date Of Telephonic Hearing From August 20, 2007 To August 27, 2007