UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> PHILIP R. GREEN, ) <br> ) <br> Defendant(s). ) <br> ) | No. C06-5025 BZ <br><br> **BRIEFING ORDER** |

Having received plaintiff's September 13 motion to compel discovery responses, and good cause appearing, **IT IS ORDERED** as follows:

1. Defendant's opposition to the motion shall be filed by **September 26, 2007**;

2. Any reply shall be filed by **October 2, 2007**;

3. If necessary, the Court will schedule a hearing on the motion;

4. The parties are admonished that they must comply with the Civil Local Rules and my Orders.  See, e.g., Civ. L. R. 7-2 (requiring, inter alia, that motions be noticed for hearing on the motion calendar); Civ. L. R. 37-2 (requiring a

1

1  particular format with respect to motions to compel
2  discovery); Order Scheduling Jury Trial and Pretrial Matters,
3  Docket No. 46, at 2 (describing the process by which parties
4  bring discovery disputes to the attention of the Court).
5  Dated: September 20, 2007

                                    *Bernard Zimmerman*
                                    Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\BRIEF ORDER MOT COMPEL.wpd