UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,              )<br>                                   )<br>           Plaintiff(s),          )<br>                                   )<br>     v.                            )<br>                                   )<br>PHILIP R. GREEN,                   )<br>                                   )<br>           Defendant(s).           )<br>_____) | No. C06-5025 BZ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROPOUND ADDITIONAL DISCOVERY** |

On September 26, 2007 plaintiff filed a Motion for Leave to Propound Additional Interrogatories.  Plaintiff's filing failed to conform to my previous Orders and the Civil Local Rules regarding the procedure for filing such a motion.  As such, plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

In my September 20, 2007 Briefing Order, I admonished the parties that they must comply with the Civil Local Rules and my Orders.  Nevertheless, plaintiff has failed to comply with Civil Local Rule 7-2 (requiring, <u>inter alia</u>, that motions be noticed for hearing on the motion calendar) and my Order Scheduling Jury Trial and Pretrial Matters, Docket No. 46, at 2 (describing the process by which parties bring discovery

1

1 | disputes to the attention of the Court). Plaintiff is
2 | admonished that failure to comply with the Civil Local Rules
3 | and my Orders may result in the issuance of an Order to Show
4 | Cause as to why sanctions should not be imposed.
5 | Dated: September 27, 2007

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\Order Denying leave to propound additional discovery.wpd