UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C 06-5025 BZ |
| v. | ) | **ORDER AMENDING JURY TRIAL AND PRETRIAL ORDER** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

In light of the parties' stipulation at the September 27, 2007 discovery conference to continue the trial date, **IT IS HEREBY ORDERED** that my Order Scheduling Jury Trial and Pretrial Matters is **AMENDED** as follows:

Trial Date: **Monday, 5/19/2008, 5 days**

Pretrial Conference: **Tuesday, 4/29/2008, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 3/26/2007**

Last Day for Expert Discovery: **Friday, 2/15/2007**

Last Day for Expert Disclosure: **Friday, 2/8/2007**

Close of Non-expert Discovery: **Friday, 2/1/2007**

The June 7, 2007 Order Scheduling Jury Trial and

Pretrial Matters otherwise remains in effect.

Dated: September 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\Order Continuing Jury Trial.wpd

2