1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   GLORIA GRENING WOLK,          )
                                   )
12              Plaintiff(s),      )     No. C06-5025 BZ
                                   )
13        v.                       )
                                   )     **THIRD DISCOVERY ORDER**
14   PHILIP R. GREEN,              )
                                   )
15              Defendant(s).      )
     _____)

16

17        On September 27, 2007 the court held a telephone

18   conference to discuss the parties' current discovery disputes.

19   Plaintiff Wolk appeared pro se; defendant Green was

20   represented by Summer Smith.  **IT IS HEREBY ORDERED** that:

21        1. Plaintiff's deposition shall be completed by **October**

22   **8, 2007**; and

23        2. Plaintiff shall file in support of her Motion to

24   Compel a document setting forth the specific discovery

25   responses she thinks are inadequate and why she thinks so, by

26   no later than **October 9, 2007**;

27        3. Defendant may file a supplemental opposition no later

28   than **October 15, 2007**.

                                   1

1        The court will schedule a hearing if one is needed.

2   Dated: September 28, 2007

3

4                            Bernard Zimmerman
                       United States Magistrate Judge

5

    G:\BZALL\-BZCASES\WOLK\DISC3.ORDER.wpd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            2