UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | **ORDER TO SHOW CAUSE** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

On October 5, 2007 plaintiff filed a Motion for Leave to Propound Additional Interrogatories. On September 26, 2007, plaintiff had filed an identical motion which I denied without prejudice because plaintiff's filing failed to conform to my previous Orders and the Civil Local Rules regarding the procedure for filing such a motion. (Docket No. 81.)

I have repeatedly admonished plaintiff that she must comply with all the rules and my Orders or she would face sanctions. Nevertheless, plaintiff has again failed to comply with my Order Scheduling Jury Trial and Pretrial Matters, Docket No. 46, at 2 (describing the process by which parties bring discovery disputes to the attention of the Court by

1

writing a two page letter detailing the discovery dispute and requesting a telephone discovery conference). In fact it does not appear that plaintiff requested defendant to agree to the additional interrogatories before moving. In the interests of expediting discovery, the motion will remain on calendar. If defendant opposes the request for additional interrogatories, it shall file its opposition by **November 7, 2007.** Any reply shall be filed by **November 15, 2007.** If a hearing is necessary, it will occur on **December 5, 2007.**

However, **IT IS ALSO ORDERED** that plaintiff shall show cause on **Wednesday, December 5, 2007 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102 why monetary or discovery sanctions for failing to comply with my Order Scheduling Jury Trial and Pretrial Matters should not be imposed. If plaintiff wishes to appear telephonically, she shall make arrangements with the Courtroom Deputy, Lashanda Scott at **(415) 522-2015**.

Dated: October 26, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\2nd Order Denying leave to propound additional discovery and osc.wpd

2