UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK, | )<br>) |
| Plaintiff(s), | ) No. C06-5025 BZ<br>) |
| v. | )<br>) **ORDER CONTINUING HEARING ON** |
| PHILIP R. GREEN, | ) **PLAINTIFF'S MOTION TO COMPEL**<br>) |
| Defendant(s). | )<br>) |

Earlier this week, plaintiff's motion to compel was set for hearing on Wednesday, October 31, 2007.  Defense counsel is unavailable on that date.  It is therefore **ORDERED** that the hearing on plaintiff's motion to compel is continued to **December 5, 2007 at 10:00** a.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff may appear telephonically at the hearing and shall make arrangements with the Courtroom Deputy, Lashanda Scott at **415-522-2015**.

A hearing is only necessary with regard to interrogatories number 15, 16, and 17, as well as, requests for admission numbers 16 - 19.  There will be no further

1

1 | briefing.  An order regarding all other discovery at issue in
2 | plaintiff's motion to compel is forthcoming.
3 | Dated:   October 26, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\Order Continuing Hearing Date on P's Motion to Compel.wpd