UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK, ) )      Plaintiff(s), ) )   v. ) ) PHILIP R. GREEN, ) )      Defendant(s). ) ) | No. C06-5025 BZ **ORDER SCHEDULING TELEPHONE CONFERENCE** |

    Having reviewed Ms. Wolk's letter dated October 27, 2007 stating her concerns about a video deposition, **IT IS HEREBY ORDERED** that defendant shall by **noon** on **Monday, November 5, 2007** respond and a telephonic hearing to discuss this issue is scheduled for **Tuesday, November 6, 2007 at 2:00 p.m.**.  Counsel for defendant shall get plaintiff on the line and call the court at **415-522-4093**.

Dated: November 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER RE TEL CONF RE DISC.10.27.07 LTR.wpd

1