UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF MOTION TO FILE A THIRD AMENDED COMPLAINT UNDER SEAL** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

On November 1, 2007, plaintiff filed a motion requesting that a declaration be filed under seal. Instead of electronically filing the motion to seal, it appears that plaintiff only mailed the motion to the court.[1] On the same day, plaintiff electronically filed the declaration she is seeking leave to file under seal, so it is now public.

Plaintiff failed to comply with Civil Local Rule 79-5 which governs the sealing of documents. Moreover, the motion fails to justify sealing the declaration in light of the presumption of public access to court documents. See e.g.

---

[1] Plaintiff attached a proof of service alleging that she had electronically filed and served the motion to seal.

1

<u>Nixon v. Warner Commc'ns, Inc.</u>, 435 U.S. 589, 597 (1978). Having read the declaration, I find there is no good cause to file it under seal.  For all these reasons, plaintiff's motion is **DENIED.**

Dated: November 5, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\Order Deny Plaintiff's Motion to File Declaration Under Seal.wpd

2