UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> PHILIP R. GREEN, ) <br> ) <br> Defendant(s). ) <br> ) | No. C06-5025 BZ <br><br> **ORDER RE VIDEO DEPOSITION** |

On November 1, 2007, the court received a letter from plaintiff outlining her concerns regarding the use of her video deposition and its availability to the public. Because the letter contains much irrelevant material of a personal nature, I am **ORDERING IT SEALED**. Plaintiff is admonished not to include such material in future letters or to follow the procedures of Local Rule 79-5. Defendant's counsel responded by memorandum filed with the court dated November 5, 2007.

I held a telephonic conference on November 6, 2007, to discuss the discovery dispute. All parties participated. I

1

conclude that no further argument or briefing is needed.  For the reasons articulated on the record, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff is to proceed with her video deposition. Defendant shall use the video deposition only for purposes of this litigation.

2. It is the courts understanding that following the deposition, the defendant will obtain the original and a copy of the video.  Defendant shall not make any other copies or cause the video deposition to be reproduced in any way.

3. Plaintiff's request that her video deposition not be used at trial is **DENIED**.

4. Before December 1, 2007, Mrs. Wolk shall lodge with the court, a record of the meet and confer session that she had with counsel for defendant about the videotaping issue. The court has concerns that the parties are not meeting and conferring in good faith.

Dated:   November 7, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER RE VIDEO DEPO.10.27.07 LTR.wpd