UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| PHILIP R. GREEN, | ) | |
| | ) | |
| Defendant(s). | ) | |

In connection with the recent dispute concerning the video taping of plaintiff's deposition, both sides apparently violated the provisions of the Scheduling Order dated June 7, 2007 for handling discovery disputes. Both sides disregarded the page limitation and defendant spent a lot of his opposition complaining that plaintiff was trying to follow my order rather than filing a formal motion. The court is experiencing difficulty in administering this case because both sides seem so unwilling to comply with the Federal Rules, the Local Rules and my Orders. Mrs. Wolk has already been ordered to show cause why she should not be sanctioned for her failings.

It is therefore **ORDERED** that defense counsel shall show

1

cause on **Wednesday, December 5, 2007 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102 why sanctions should not be imposed for failing to comply with my Order Scheduling Jury Trial and Pretrial Matters.

Dated:   November 8, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER TO SHOW CAUSE - Defendants.wpd

2