UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,           )
                               )
          Plaintiff(s),        )    No. C06-5025 BZ
                               )
     v.                        )
                               )    **DISCOVERY ORDER**
PHILIP R. GREEN,               )
                               )
          Defendant(s).        )
_____)

Following a hearing at which Mrs. Wolk appeared pro se and defendant appeared through Julian Pardo De Zela, **IT IS HEREBY ORDERED** as follows:

1. To the extent there are any requests to continue the trial or the other pretrial dates set forth in my Order dated September 29, 2007, those requests are **DENIED**. The court expects trial to commence on **May 19, 2008.**

2. For the reasons explained at length on the record, plaintiff's Motion For Leave To File Third Amended Complaint is **DENIED**.

3. For the reasons explained on the record, plaintiff's Motion For Leave To File Additional Interrogatories, which the court interprets to require the factual basis for each

1

affirmative defense, is **GRANTED**.  Defendant shall answer the second set of interrogatories by **December 19, 2007.**

    4.   Based on Mrs. Wolk's representations that Interrogatories 15-17 and Requests for Admission 16-19 can be answered by reference to documents that defendant filed in the San Francisco Superior Court action, defendant is **ORDERED** to provide further answers to those interrogatories and requests for admission by **December 19, 2007**.  Mr. De Zela is **ORDERED** to call Mrs. Wolk this afternoon at 3:00 p.m. Pacific Standard Time to satisfy himself that Mrs. Wolk is seeking discovery with respect to matters contained in documents filed with the court.  The court further suggests that defendant, if he has not already done so, obtain a copy of whatever record the Superior Court made of the hearing.

    5.   Henceforth, any telephonic, facsimile, or e-mail communication between plaintiff and any counsel for defendant shall be acknowledged by the recipient within 24 hours.  If the acknowledgment is not a response, it shall state by when a response will be made.

    6.   The Orders To Show Cause dated October 26, 2007 and November 8, 2007 are **DISCHARGED**.  The parties are admonished in the future to comply faithfully with the Federal Rules of Civil Procedure, the Civil Local Rules and this court's orders on pain of sanction.

Dated:  December 5, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\DISCOVERY ORDER12.5.07.wpd

2