UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>       Plaintiff(s),<br><br>  v.<br><br>PHILIP R. GREEN,<br><br>       Defendant(s). | No. C06-5025 BZ<br><br>**SCHEDULING ORDER** |

Following a telephone conference at which plaintiff appeared pro se and defendant appeared through Summer Smith, **IT IS HEREBY ORDERED** as follows:

    1.  Plaintiff is given leave to file a motion to compel further discovery.  The motion shall be filed by **January 10, 2008**.  An opposition shall be filed by **January 16, 2008**.  Any reply shall be filed by **January 23, 2008**.  If a hearing is necessary it shall occur on Wednesday, **January 30, 2008 at 2:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102

    2.  Counsel for defendant is **ORDERED** to show cause in writing by **January 8, 2008** why they should not be held in

1

contempt or otherwise sanctioned under Rule 16(f)for failing to file a response to plaintiff's letter of December 17, 2007, which counsel acknowledges receiving, as required by Section No. 2 of the Order Scheduling Jury Trial and Pretrial Matters dated June 7, 2007. A hearing on the Order To Show Cause is scheduled for **January 30, 2008 at 2:30 p.m.**

Dated: December 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER.12.27.2007.wpd