UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | |
| | ) | **ORDER DENYING EXPEDITED** |
| PHILIP R. GREEN, | ) | **BRIEFING AND HEARING** |
| Defendant(s). | ) | |

Plaintiff's request for an expedited briefing schedule and hearing on her motion to strike defendant's affirmative defenses is **DENIED**. Having read plaintiff's motion, plaintiff appears to seek summary adjudication of the sufficiency of many of the affirmative defenses on the grounds they are "factually and legally insufficient." Her motion appears to rely on defendant's responses to discovery as well as matters contained in her affidavit. Such a motion is more properly decided under Federal Rule of Civil Procedure 56, Local Rule 56 and this court's order on summary judgment motions contained in Section 3 of the Pretrial Scheduling Order. Plaintiff is therefore **ORDERED** to re-file her motion to comply

1

with the governing rules and this court's scheduling order so that the matter may be heard on either March 5 or March 19, 2008, the latter being the last day to hear dispositive motions. All efforts to meet and confer about filing a joint statement of undisputed facts shall be recorded, either by an audio recording or by the use of a shorthand reporter.

Dated: January 10, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER RE MOTION TO STRIKE.wpd