UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | **ORDER RE ORDER TO SHOW CAUSE** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

Having reviewed counsel's written response to the Order to Show Cause, none of the reasons proffered by counsel adequately explain why a response to plaintiff's letter was not timely filed. The fact that defense counsel is having difficulty communicating with plaintiff does not justify creating unnecessary difficulties for the court in resolving the dispute by not filing a timely response.

If defense counsel wishes to avoid a hearing on whether she should be held in contempt or otherwise sanctioned for her failings, she may contribute **$100.00** to **St. Anthony's Dining Room**, 121 Golden Gate Avenue, San Francisco, CA 94102 or **Glide Memorial Church Food Program**, 330 Ellis, San Francisco, CA

1

94102. If proof of payment is received in chambers on or before **January 28, 2008** the Order To Show Cause will be discharged and there will be no need for a hearing on January 30, 2008. There will be a hearing on the other matter scheduled for that date.

Plaintiff is admonished to refrain from injecting personal attacks into these discovery disputes. Remarks such as "you are a really good match for Phil Green" and "[e]ither you have not read those pages - starting with the first responses to discovery - or you do not understand the English language well enough" are entirely unproductive. They would not be tolerated from counsel and henceforth will not be tolerated from plaintiff. It should be apparent to the parties that engaging in these lengthy exchanges of posturing e-mails is counterproductive and will not further the goal of conducting discovery or resolving discovery disputes. If plaintiff continues to engage in such rhetoric, she may be subject to sanctions for failing to meet and confer in good faith.

Dated: January 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER RE OSC.FINAL.wpd