UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,           )
                               )
          Plaintiff(s),        )      No. C06-5025 BZ
                               )
     v.                        )
                               )      **ORDER RE ORDER TO SHOW CAUSE**
PHILIP R. GREEN,               )
                               )
          Defendant(s).        )
_____)

The court having received proof of payment of $100.00 to St. Anthony's Dining Room from defense counsel, **IT IS HEREBY ORDERED** that the order to show cause, entered on January 17, 2008 is **DISCHARGED.**

Dated: January 31, 2008

_____
                  Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER DISCHARGING ORDER TO SHOW CAUSE.wpd

1