Timothy J. Halloran - 104498
Summer M. Smith - 214251
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendant
PHILIP R. GREEN AND THE LAW OFFICES OF GREEN & GREEN

Gloria Grening Wolk
(ggwolk@Viatical-Expert.net)
14460 New Falls of Neuse Road #149-217
Raleigh, NC 27614
Tel:  888-798-2665
Fax:  815-972-9707

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP R. GREEN,<br><br>    Defendants. | Case No.: 3:06-cv-05025-BZ<br><br>STIPULATION FOR ALLOWANCE FOR EXTENSION OF PAGE LIMIT ON GLORIA WOLK'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: March 19, 2008<br>Time: 10:00AM<br>Judge: Hon. Bernard Zimmerman |

    With the Court's permission, Plaintiff Gloria Wolk and Defendant Philip R. Green, by and through counsel, hereby stipulate to allow Gloria Wolk a page limit extension on her Motion for Summary Judgment from 25 pages to 35 pages. Good cause exists for this extension due to the complex nature of the motion.

SO STIPULATED

Dated:

*[signature: Gloria G. Wolk]*

Gloria Grening Wolk
Plaintiff in pro per

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: February 12, 2008.

By _____/S/_____
Christian P. Foote
Attorneys for Defendant
PHILIP R. GREEN AND THE LAW OFFICES OF GREEN & GREEN

SO ORDERED

Dated: February 13, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge James Larson]*

CPF.10406914.doc