1  Timothy J. Halloran - 104498
   Summer M. Smith - 214251
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   PHILIP R. GREEN AND THE LAW OFFICES OF GREEN & GREEN
6

7  Gloria Grening Wolk
   (ggwolk@Viatical-Expert.net)
8  14460 New Falls of Neuse Road #149-217
   Raleigh, NC 27614
9  Tel:   888-798-2665
   Fax:   815-972-9707
10
   Plaintiff in Pro Per
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14
   GLORIA GRENING WOLK,                    Case No.: 3:06-cv-05025-BZ
15
           Plaintiff,                      STIPULATION FOR ALLOWANCE FOR
16                                         EXTENSION OF PAGE LIMIT ON GLORIA
   v.                                      WOLK'S MOTION FOR SUMMARY
17                                         JUDGMENT
   PHILIP R. GREEN,
18                                         Date:  March 19, 2008
           Defendants.                     Time:  10:00AM
19                                         Judge: Hon. Bernard Zimmerman

20

21      With the Court's permission, Plaintiff Gloria Wolk and Defendant Philip R. Green, by and
22  through counsel, hereby stipulate to allow Gloria Wolk a page limit extension on her Motion for
23  Summary Judgment from 25 pages to 35 pages. Good cause exists for this extension due to the
24  complex nature of the motion.
25

26

27

28

SO STIPULATED

Dated:

_[signature]_
Gloria Grening Wolk
Plaintiff in pro per

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: February 12, 2008.

By _____/S/_____
Christian P. Foote
Attorneys for Defendant
PHILIP R. GREEN AND THE LAW OFFICES OF
GREEN & GREEN

SO ORDERED

Dated: February 13, 2008

CPF.10406914.doc

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge James Larson]*

- 2 -