UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,           )
                               )
         Plaintiff(s),         )    No. C06-5025 BZ
                               )
    v.                         )
                               )    **ORDER SCHEDULING TELEPHONE**
PHILIP R. GREEN,               )    **CONFERENCE**
                               )
         Defendant(s).         )
_____)

On February 25, 2008, plaintiff filed a request for a telephonic conference to discuss her need to depose Mr. Olson. Not surprisingly, defendant did not file a response.

**IT IS ORDERED** that a telephonic conference to discuss this dispute is scheduled for **Monday, March 3, 2008 at 2:00 p.m.** Ms. Wolk shall get counsel for the defendant on the line and call the court at **415-522-4093.**

Dated: February 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\HEARING ORDER.2.28.08.wpd

1