UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>      Plaintiff(s),<br><br>  v.<br><br>PHILIP R. GREEN,<br><br>      Defendant(s). | No. C06-5025 BZ<br><br>**ORDER REGARDING FILING AND LODGING OF PAPERS** |

    Plaintiff has been lodging chambers copies of papers that she has failed to file. She has also failed to lodge chambers copies of voluminous exhibits attached to pleadings that she has electronically filed (many of these exhibits are in excess of 100 pages). I have repeatedly admonished plaintiff that she must comply with the Federal Rules of Civil Procedure and Civil Local Rules regarding these issues. Plaintiff is **HEREBY ORDERED** to immediately:

    1.   Provide the court, ensuring receipt by no later than **Monday, March 3, 2008 at 4 p.m.**, with chambers copies of all exhibits filed with the following docket number entries: **151**, **154 - 56**, and **164**; and

    2.   Electronically file Plaintiff's Declaration in Opposition to Defendant's Cross Motion for Summary

1

Judgment and Plaintiff's Response to Defendant's Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment.

Dated: February 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER RE FILING AND LODGING OF PAPERS2.wpd