Gloria Grening Wolk MSW
14460 New Falls of Neuse Rd. #149-247
Raleigh, NC 27614
Ph: (888) 798-2665  Fx: (815) 572-9707
E-mail ggwolk@Viatical-Expert.net

Plaintiff Pro Se

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK | Case No.: 065025 BZ |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR PERMISSION TO FILE DOCUMENT UNDER SEAL** |
| PHILIP R. GREEN, | |
| Defendant. | |

Plaintiff Gloria Grening Wolk moves this Court for an Order authorizing her to file the following document under seal:

Letter to Judge B. Zimmerman with personal information unrelated to issues litigated by the parties. Plaintiff wishes this document to remain confidential.

A proposed order permitting Plaintiff to file the documents under seal is attached hereto.

RESPECTFULLY SUBMITTED this March 4, 2008.

/s/ Gloria Grening Wolk

Gloria Grening Wolk, Pro Se

**065025 BZ**        Pl's Supp. Opp. to Motion to Dismiss

| | |
|---|---|
| 1    UNITED STATE DISTRICT COURT | |
| 2    NORTHERN DISTRICT OF CALIFORNIA | |
| 5    GLORIA GRENING WOLK | Case No.: 065025 BZ |
| 6    Plaintiff, | |
| 7    vs. | |
| 8    PHILIP R. GREEN, | |
| 9    Defendant. | |

### ~~PROPOSED~~ ORDER

Plaintiff having moved for an Order permitting her to file a document under seal, ~~and good cause being shown~~, the motion to file under seal is GRANTED. To expedite matters, subject to being unsealed after the court reads the letter.

IT IS SO ORDERED on this _4th_ day of March 4, 2008.

_____

The Honorable Bernard Zimmerman

Magistrate Judge, U.S.D.C. Northern California



- 2 -

1 | I hereby certify that on March 4, 2008 I electronically filed

PLAINTIFF'S REQUEST FOR PERMISSION TO FILE DOCUMENT UNDER SEAL with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christian P. Foote
cfoote@mpbf.com
Timothy J. Halloran
thallaron@mpbf.com
Summer M. Smith
ssmith@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Flr.
San Francisco, CA 94108-5530
Attorneys for Philip R. Green

/s/ Gloria Grening Wolk