UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>       Plaintiff(s),<br><br>  v.<br><br>PHILIP R. GREEN,<br><br>       Defendant(s). | No. C06-5025 BZ<br><br>**ISSUES FOR ARGUMENT** |

At the summary judgment argument, the parties should be prepared to address in detail the following issues:

    1.  Whether Wolk would have obtained a more favorable result in the underlying action if she had obtained a defense verdict, including an award of costs as the prevailing party (Cal. Code Civ. Proc. § 1032(b));

    2.  What evidence there is in the record that Wolk published or republished any of the statements which the Court of Appeal found capable of a defamatory inference in the one year prior to the filing of the Wilbanks suit;

    3.  Wolk's ability to maintain a claim for negligent infliction of emotional distress absent physical injury;

1

   4.   The contact between Wolk and Karl Olson prior to her
        retaining Green and whether it precludes Olson from
        acting as an expert witness against Green.

Dated: March 18, 2008

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\SUMMARY JUDGMENT MOTIONS\ORDER RE ISSUES FOR ARGUMENT.FINAL VERSION.wpd