IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,

    Plaintiff,

    vs.

PHILIP R. GREEN,

    Defendant.

Case No.: C065025 BZ

**ORDER**

This matter coming before the Court pursuant to Plaintiff Gloria Grening Wolk's Request for Telephonic Hearing, plaintiff shall call 415-522-4093 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __March 19th_____ ,2008

_____
Honorable Bernard Zimmerman
U.S.D.C. MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

CO65025 BZ        Request for Telephonic Hearing