1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   GLORIA GRENING WOLK,          )
                                   )
12            Plaintiff(s),        )        No. C06-5025 BZ
                                   )
13       v.                        )        **ORDER DENYING MOTION FOR**
                                   )        **SANCTIONS**
14   PHILIP R. GREEN,              )
                                   )
15            Defendant(s).        )
     _____)

16

17       On February 1, 2008, plaintiff filed a motion for

18   sanctions for discovery abuse.  Plaintiff seeks various

19   sanctions in the forms of: evidence preclusion; issue

20   preclusion; an adverse influence jury instruction; case

21   terminating sanctions; and monetary sanctions.  Plaintiff

22   avers that defendant has engaged in "perpetual gamesmanship"

23   by refusing to: meet and confer; respond truthfully to

24   discovery; and obey my discovery orders.

25       In my Order Granting in Part Plaintiff's Motion to Compel

26   issued on February 1, 2008, I denied plaintiff's request for

27   sanctions without prejudice, noting that I was considering

28   issuing sanctions sua sponte due to such matters as

                                     1

1  defendant's repeated refusals to produce an entire copy of his

2  malpractice insurance policy.

3      Plaintiff's moving papers focus on alleged falsehoods in

4  defendant's responses instead of setting forth the facts and

5  circumstances supporting her request for sanctions as required

6  by Civil Local Rule 37-3(b)(1) or addressing the malpractice

7  insurance policy.  I find that the sorts of sanctions she

8  seeks are not warranted by the record she presented.

9      In her reply papers, she contends that her previous

10 motion to compel satisfied the requirements of that rule.[1]

11 Plaintiff acknowledges that because of her pro se status she

12 would not be entitled to attorney's fees.  Nevertheless, she

13 does not provide an itemization of the expenses she incurred

14 because of defendant's failure to comply with her discovery

15 requests in general or produce the insurance policy in

16 particular[2].  Civil Local Rule 37(b)(3).

17     I deem that oral arguments are unnecessary to resolve

18 this motion.  **IT IS HEREBY ORDERED** that plaintiff's motion for

19 sanctions is **DENIED**.

20 Dated: March 21,2008

21

22                          Bernard Zimmerman
                        United States Magistrate Judge

23 G:\BZALL\-BZCASES\WOLK\ORDER DENYING MOTION FOR SANCTIONS.wpd

24

25     [1]  The instant motion and her previous motion do not
   comply with Civil Local Rule 37, or Rules 7-2 and 7-8.  I have
26 previously denied plaintiff's motions for sanctions for failing
   to comply with the Civil Local Rules.

27

28     [2]  She does acknowledge any expenses incurred were
   minimal.

                                2