IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>  Plaintiff,<br><br> v.<br><br>PHILIP R. GREEN,<br><br>  Defendant. | No. C-06-05025 BZ (EDL)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE** |

On March 24, 2008, Plaintiff faxed a letter requesting to appear by telephone at the April 2, 2008 settlement conference on the ground that she lives and works on the east coast. For the reasons stated below, Plaintiff's request is denied.

Plaintiff's request is untimely. On September 28, 2007, the Court scheduled the settlement conference for November 28, 2007. Upon Plaintiff's request, on November 1, 2007, the conference was continued to April 2, 2008. Despite having notice well in advance of the April 2, 2008 date, Plaintiff waited until March 24, 2008, only nine days before the conference, to notify the Court that appearing in person as required by the Court's order would be a hardship.

Moreover, Plaintiff's personal appearance is necessary to have an effective settlement conference. The Court notes that Judge Zimmerman has required Plaintiff to personally appear for the pretrial conference and trial. In this case, the settlement conference is a similarly critical

//
//
//

proceeding that requires personal attendance.

**IT IS SO ORDERED.**

Dated: March 25, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2