UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK, | ) |
| Plaintiff(s), | ) No. C06-5025 BZ |
| v. | ) |
| | ) **SUPPLEMENTAL BRIEFING ORDER** |
| PHILIP R. GREEN, | ) |
| Defendant(s). | ) |

Plaintiff Gloria Wolk objected to the declaration of Karl Olson.  The court did not rely on the Olson declaration in ruling on the summary judgment motions.  **IT IS HEREBY ORDERED** that: (1) Defendant Philip Green shall to file a declaration from Olson, by April 1, 2008, setting forth his testimony about his purported contact with Wolk, together with a memorandum of points and authorities on the issue of whether the communication that occurred between Wolk and Olson disqualifies Olson from acting as an expert witness for Green. (2) Plaintiff shall file any necessary counter declaration and ///

1

her memorandum of points and authorities on this issue by April 8, 2008.

Dated: March 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\SUMMARY JUDGMENT MOTIONS\SUPPLEMENTAL ORDER.wpd

2