IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GRENING WOLK,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP R. GREEN,<br><br>    Defendant.<br>_____/ | No. C-06-05025 BZ (EDL)<br><br>**ORDER RECONSIDERING DENIAL OF PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AND GRANTING PLAINTIFF'S REQUEST** |

On March 24, 2008, Plaintiff faxed a letter requesting to appear by telephone at the April 2, 2008 settlement conference on the ground that she lives and works on the east coast. On March 25, 2008, the Court denied that request. Later that day, Plaintiff faxed a letter to the Court seeking reconsideration of that Order, stating that she had not been "completely honest" in explaining her reasons for her request to appear by telephone. Plaintiff has now explained that she has various health concerns and out of pocket expenses related to those health issues that prevent her from being able to travel to California for the settlement conference. As explained in the Court's March 25, 2008 Order, Plaintiff's request is untimely. However, given Plaintiff's claims of ill health, the Court reluctantly grants Plaintiff's request to appear by telephone. If the Court concludes that Plaintiff's absence is interfering with the settlement conference, the Court may continue the settlement conference and may order Plaintiff's personal attendance.

**IT IS SO ORDERED.**

Dated: March 26, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge