UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| | ) | |
| v. | ) | **ORDER DENYING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| | ) | |
| PHILIP R. GREEN, | ) | |
| | ) | |
| Defendant(s). | ) | |

On March 24, 2008, plaintiff filed her motion to file documents under seal. Included is the declaration of the small claims plaintiff to which the court referred in its Order Denying Defendant's Motion for Summary Judgment, in Part. Because court has already ruled on plaintiff's motion for summary judgment, **IT IS HEREBY ORDERED** that plaintiff's motion to file documents under seal is **DENIED AS MOOT**. The court did not consider these documents in reaching its summary judgment rulings.

Plaintiff is **WARNED**, again, that she must comply with the Federal Rules of Civil Procedure and Civil Local Rules when filing motions. Instead of following the procedure set forth

1

in Civil Local Rule 79-5(b)(3) & (4) for filing and serving a motion to seal, plaintiff only mailed the proposed documents to be filed under seal directly to chambers.

The Clerk is **ORDERED** to return the supporting documents that plaintiff requested be filed under seal to plaintiff.

Dated:  March 27, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL.MMH.wpd

2