UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA GRENING WOLK, | ) | |
| Plaintiff(s), | ) | No. C06-5025 BZ |
| v. | ) | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| PHILIP R. GREEN, | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED that** plaintiff's motion for leave to file a motion for reconsideration regarding this court's order denying her motion for summary judgment/summary adjudication is **DENIED**. The court denied plaintiff's motion to strike without further briefing or argument because the motion, for the most part, involved her attacking the affirmative defenses as being factually insufficient based on her affidavit and defendant's discovery responses. When denying the motion to strike, the court noted her arguments that certain facts could not support the affirmatives defense should be presented as a motion for summary judgment. When plaintiff filed her motion for summary judgment, she did not attack the legal sufficiency

1

1 | of many of the affirmative defenses.
2 |     During pre-trial, plaintiff will be given an opportunity
3 | to challenge the legal sufficiency of any affirmative defense
4 | as to which defendant seeks jury instructions.
5 | Dated:   March 31, 2008

                                                  Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION .wpd

2