UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA GRENING WOLK,            )
                                )
        Plaintiff(s),           )   No. C06-5025 BZ
                                )
   v.                           )   **CONDITIONAL ORDER OF**
                                )   **DISMISSAL**
PHILIP R. GREEN,                )
                                )
        Defendant(s).           )
_____)

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: April 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WOLK\CONDITIONAL DISMISSAL.wpd

1